From:

Ibrahima DIENG

MCCR Charge # 1703-0214/EEOC- #12F-2017-00932

Cell: 240 421 5887

ADDRESS - 13104 Chalkstone Way
Silver Spring, MD 20904

FILED ENTERED
LOGGED RECEIVED

FEB 23

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX