**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IBRAHIMA DIENG,**<br><br>**Plaintiff,**<br>**v.**<br><br>**WESTERN PEST SERVICES, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 21-cv-0482-TDC** |

**MOTION TO DISMISS**

The Defendants, Western Industries-North, LLC, Orkin, LLC[1] and Rollins, Inc. (collectively, "Defendants"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss the Complaint in its entirety, and state as follows:

1. Plaintiff brings this lawsuit against his former employer and two affiliated entities under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* (the "ADA"), asserting claims that the company discriminated against him on the basis of his alleged disability.

2. This lawsuit is time-barred and must be dismissed because Plaintiff failed to file this lawsuit within 90 days after receiving a right-to-sue notice from the EEOC, as the ADA mandates. 42 U.S.C. § 12117(a); 42 U.S.C. § 2000e-5(f)(1); *Woodbury v. Victory Van Lines*, 286 F. Supp.3d 685, 695 (D. Md. 2017) (Chuang, J). Plaintiff filed this lawsuit 55 days after the filing deadline, which mandates dismissal of the lawsuit in its entirety.

3. Defendants attach and incorporate a Memorandum in Support of this Motion.

[1] The Complaint incorrectly identifies Defendants Western and Orkin as "Western Pest Services" and "Orkin, Inc.," respectively.

WHEREFORE, the Court should DISMISS the Complaint in its entirety with prejudice.

Respectfully submitted

/s/ Charles J. Kresslein

Charles J. Kresslein (Fed. Bar No. 22967)

JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
charles.kresslein@jacksonlewis.com

*Counsel for Defendants*
*Western Industries-North, LLC, Orkin, LLC and*
*Rollins, Inc.*