EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974 See enclosed Privacy Act Statement and other information before completing this form

Charge Presented To: [X] FEPA [ ] EEOC

Agency(ies) Charge No(s): 12F-2017-00432

Maryland Commission on Civil Rights and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ibrahima Dieng | (240) 421-5887 | 09-20-1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 13016 Woodcutter Circle | Germantown, MD 20876 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Western Best/Orkin, Inc. | Over 500 | (301) 468-9660 |

| Street Address | City, State and ZIP Code |
|---|---|
| 202 Perry Parkway | Gaithersburg, MD 20878 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box (es).)

[X] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-5-16 Latest: 12/16
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**ISSUES: WAGES**, REASONABLE ACCOMMODATION

I believe that I have been discriminated against on the basis of my sex, male, race, African American, and disability for the following reasons:

I was hired in 2009 in the position, Commercial Technician. My immediate supervisor was Mr. Jim Whalen, Manager, Service Department. My job performance is excellent.

On or about February 22, 2016, I experienced an 'on –the-job' injury. I requested and was granted a medical leave of absence.

On or about December 5, 2016, my doctor provided medical verification which I submitted to my employer recommending that I return to work on 'light duty.' My doctor recommended that I not stoop, bend , crawl, or squat. I requested that Mr. Blake Hunter, General Manager, place me on 'light duty' as a means of a reasonable accommodation based on my doctor's recommendation. My employer failed to honor my request to be granted the recommended reasonable accommodation.

I was not paid a recruitment commission for recruiting two employees, Mr. Steve (last name unknown), and Ms. Carlita Glover, into the position, Commercial Technician. The recruitment commission pay out was due to me December, 2016.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/13/2017
Date

[signature]
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT 1

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [X] FEPA [ ] EEOC

Agency(ies) Charge No(s): 12F-2017-00432

**Maryland Commission on Civil Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am aware that Ms. Jennifer (last name unknown), Customer Services was paid a recruitment commission for recruiting me into the position, Commercial Technician. Ms. Jennifer is a Caucasian female.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

MCCR Supervisor Authorization ________ Date 03-29-17 TJ

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03-13-2017

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*