**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IBRAHIMA DIENG,**<br><br>**Plaintiff,**<br>**v.**<br><br>**WESTERN PEST SERVICES, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 21-cv-0482-TDC** |

**ORDER**

Upon consideration of the Motion to Dismiss, filed by all Defendants, and any opposition filed thereto, it is on this ______ day of ______________________, 2021:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Complaint is DISMISSED in its entirety with prejudice.

________________________________
United States District Judge

4839-9523-7104, v. 1