**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

IBRAHIMA DIENG,

Plaintiff,

v.

WESTERN PEST SERVICES,
ORKIN, and
ROLLINS, INC.,

Defendants.

Civil Action No. TDC-21-0482

**ORDER**

On June 24, 2021, Defendants filed a Motion to Dismiss in violation of the Case Management Order, which states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 3. Defendants have not sought a pre-motion conference with the Court. Defendants are reminded to read all Orders of the Court and to adhere to them.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss, ECF No. 7, is DENIED WITHOUT PREJUDICE.
2. Defendants are directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by **July 13, 2021**.
3. A pre-motion conference is scheduled for **July 15, 2021 at 10:00 a.m**. To join the call at the scheduled time:
    - Dial **1-888-557-8511**.
    - Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.

- When prompted, enter security code **07151000** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Date: June 24, 2021

/s/
THEODORE D. CHUANG
United States District Judge